UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-005M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| MONROE SIMMONS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense Charged</u>:

    Armed Career Criminal

<u>Date of Detention Hearing</u>:   Initial Appearance   January 9, 2007

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant is charged with being a felon in possession of a firearm as an armed

DETENTION ORDER                                      15.13
18 U.S.C. § 3142(i)                             Rev. 1/91
PAGE 1

career criminal. His criminal history includes multiple charges for robbery and attempted robbery, and burglary.

2. Defendant was not interviewed by Pretrial Services. There is limited background information available.

3. Defendant does not contest detention.

4. Defendant poses a risk of nonappearance because of limited background information. He poses a risk of danger due to the nature of the charges and past criminal history.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

01         counsel for the defendant, to the United States Marshal, and to the United States

02         Pretrial Services Officer.

03     DATED this <u>9th</u> day of January, 2007.

                                            /s/ Mary Alice Theiler
                                            Mary Alice Theiler
                                            United States Magistrate Judge

DETENTION ORDER                                                        15.13
18 U.S.C. § 3142(i)                                                       Rev. 1/91
PAGE 3